COMMISSIONER OF the DEPARTMENT OF TRANSPORTATION OF the STATE OF TENNESSEE, Plaintiff-Appellee,

v.

### Alan HOOPER, et ux., Defendants-Appellants.

Supreme Court of Tennessee.

June 28, 1982.

B. G. Marks and Thomas J. Miner, Sp. Counsel, McMinnville, Robert J. Ames, Asst. Atty. Gen., Nashville, for plaintiff-appellee; William M. Leech, Jr., Atty. Gen., Nashville, of counsel.

R. E. Bonner, Jr., McMinnville, for defendants-appellants.

### OPINION

BROCK, Justice.

The issues before the Court in the case at bar are identical to those decided on this date in the case of *Commissioner of the Department of Transportation of the State of Tennessee v. James Hall, et ux.*, Tenn., 635 S.W.2d 110 (1982). The facts, except for some minor differences, are almost identical. The *Hooper* trial occurred on July 9, 1979, one week after the *Hall* trial. In *Hooper*, Mr. Foster, rather than Mr. Martin, was the defendants' second expert witness. However, in *Hooper*, the DOT did not attempt to take depositions from *either* expert. Furthermore, the record in *Hooper* is completely silent with respect to the exact moment when the motion for a continuance was made. Since the record in the case at bar is even less developed than that presented to the Court in *Hall*, the Court must reverse the Court of Appeals' holding that the trial judge abused his discretion by not granting a continuance, and reinstate the trial court's judgment. Costs of this appeal will be borne by the DOT.

HARBISON, C. J., and FONES, COOPER and DROWOTA, JJ., concur.